

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00558-CR

Jose **GONZALEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8928
Honorable Lorina I. Rummel, Judge Presiding

### O R D E R

The reporter's record for this appeal was originally due to be filed on September 31, 2015. On October 30, 2015, court reporter Kay Gittinger filed the second notice of late record seeking another 30-day extension to November 30, 2015. Due to the amount of time already allowed, Ms. Gittinger's request is granted in part.

It is therefore ORDERED that Kay Gittinger file the reporter's record in this court no later than November 24, 2015. **<u>NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED</u>**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court